**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY STREET
OAKLAND, CALIFORNIA 94102
Phone: (510) 637-3530



RICHARD W. WIEKING
    Clerk of Court

November 3, 2011

Jeff D. Friedman
Shana E. Scarlett
Hagens Berman Sobol Shapiro LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710

Raoul Dion Kennedy
Skadden Arps Slate Meagher & Flom LLP
525 University Avenue
Suite 1100
Palo Alto, CA 94301

Paul M. Eckles
Skadden Arps Slate Meagher & Flom LLP
4 Times Square
New York, NY 10036

**Re:**    **GRETCHEN ULBEE v. APPLE, INC., ET AL**
       C11-04490-DMR

Dear Counsel:

    This matter has been randomly assigned to United States Magistrate Judge Donna M. Ryu for all purposes including trial.

    The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

    A review of our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge has not been filed in this case. All parties are requested to complete **one** of the attached forms documenting either consent or request for reassignment and electronically file it with the Court **on or before 11/23/2011.** These forms can be found on the Court's website at www.cand.uscourts.gov.

                                                 Sincerely,

                                                 Richard W. Wieking
                                                 Clerk, U.S. District Court

                                                 By: Ivy L. Garcia
Attachments                                      Deputy Clerk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRETCHEN ULBEE,<br><br>        Plaintiff,<br><br>   v.<br><br>APPLE, INC., ET AL,<br><br>        Defendants.<br>_____/ | No.  C-11-04490-DMR<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____     _____
                                                     Signature

                                                     Counsel for _____
                                                     (Name or party or indicate "pro se")

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRETCHEN ULBEE,<br><br>    Plaintiff,<br><br>  v.<br><br>APPLE, INC.,    ET AL,<br><br>    Defendants.<br>_____/ | No.  C-11-04490-DMR<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____        _____
                                      Signature

                                      Counsel for _____
                                      (Name or party or indicate "pro se")