RAOUL D. KENNEDY (STATE BAR NO. 40892)
Raoul.Kennedy@skadden.com
RICHARD S. HORVATH, JR. (STATE BAR NO. 254681)
Richard.Horvath@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570

PAUL M. ECKLES (STATE BAR NO. 181156)
Paul.Eckles@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile:  (212) 735-2000

Attorneys for Specially Appearing Defendant
HARPERCOLLINS PUBLISHERS L.L.C.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

|  |  |
|---|---|
| GRETCHEN ULBEE, Individually and on Behalf of All Others Similarly Situated, | CASE NO. 4:11-CV-04490-DMR |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| APPLE INC.; HACHETTE BOOK GROUP, INC.; HARPERCOLLINS PUBLISHERS, INC.; MACMILLAN PUBLISHERS, INC.; PENGUIN GROUP (USA) INC.; and SIMON & SCHUSTER, INC., | |
| Defendants. | |

**STIPULATION AND [PROPOSED] ORDER**
**TO EXTEND TIME TO RESPOND TO COMPLAINT**

WHEREAS, there have been multiple actions related to this case filed in both the Northern District of California and the Southern District of New York (the "Actions");

WHEREAS, the Court has entered an order in the first-filed action, *Petru, et al. v. Apple, Inc.*, *et al.* (11-cv-3892 N.D. Cal.) (the "*Petru* Action"), to extend the time to answer, move or otherwise respond to the complaint until December 15, 2011, without prejudice to the right of any party to seek a further adjustment to the schedule;

WHEREAS, for efficiency and convenience of the parties, defendants Hachette Book Group, Inc., HarperCollins Publishers L.L.C. (incorrectly sued as "HarperCollins Publishers, Inc."), Holtzbrinck Publishers, LLC d/b/a Macmillan (incorrectly sued as "Macmillan Publishers, Inc."), Penguin Group (USA) Inc., Simon & Schuster, Inc., and Apple, Inc. (collectively, "Defendants") have agreed to waive the service of summons and complaint pursuant to Fed. R. Civ. P. 4(d);

WHEREAS, the parties have agreed that the response date in this action should not come prior to the response date in the *Petru* Action;

WHEREAS, the parties agree that submission of this Stipulation should be without prejudice to any of Plaintiff's claims or Defendants' defenses;

WHEREAS, there have been no other modifications to Defendants' time to answer, move or otherwise respond to the complaint in this action;

WHEREAS, this stipulation to extend the time within which Defendants have to answer, move or otherwise respond to the complaint in this action will not alter the date of any event or any deadline already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants, as follows:

1.  Defendants hereby agree to accept service of the summons and complaint in the above-captioned action;

1

2.      Pursuant to Civil Local Rules 6-1, 6-2 and 7-12, Defendants' time to answer, move or otherwise respond to the complaint is hereby extended to December 15, 2011, without prejudice to the right of any party to seek a further adjustment to the response date based on future developments;

3.      If any of the Defendants that is a party to this Stipulation responds to a complaint in any of the Actions prior to the time provided in this Stipulation, Defendants will respond to the complaint in this action at the same time;

4.      None of Plaintiff's claims or Defendants' defenses are prejudiced or waived by submission of this Stipulation;  and

5.      Defense counsel may file notices of appearance in this action without prejudice to their respective clients' jurisdictional or venue defenses.

DATED:  November 1, 2011

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP


By:   /s/ Raoul D. Kennedy
          RAOUL D. KENNEDY

525 University Ave., Suite 1100
Palo Alto, California 94301
Telephone:  (650) 470-4500
Facsimile:  (650) 470-4570

Attorneys for Specially Appearing Defendant
HARPERCOLLINS PUBLISHERS L.L.C.

I, Raoul D. Kennedy, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Extend Time To Respond To Complaint.  In compliance with General Order 45, X.B., I attest that each of the following signatories has concurred in this filing.

1    SHEARMAN & STERLING LLP

2

3    By:  /s/ James Donato
                 JAMES DONATO
4
     Four Embarcadero Center, Suite 3800
5    San Francisco, California 94111
     Telephone:  (415) 616-1100
6    Facsimile:  (415) 616-1199

7               Attorneys for Specially Appearing Defendant
                    HACHETTE BOOK GROUP, INC.
8
     SIDLEY AUSTIN LLP
9

10

11   By:  /s/ Samuel R. Miller
                 SAMUEL R. MILLER

12   555 California Street
     San Francisco, California 94104
13   Telephone:  (415) 772-1200
     Facsimile:  (415) 772-7400
14
                Attorneys for Specially Appearing Defendant
15                 HOLTZBRINCK PUBLISHERS, LLC
                       D/B/A MACMILLAN
16
     AKIN GUMP STRAUSS HAUER & FELD LLP
17

18

19   By:  /s/ Reginald D. Steer
                 REGINALD D. STEER

20   580 California Street, Suite 1500
     San Francisco, California 94104-1036
21   Telephone:  (415) 765-9520
     Facsimile:  (415) 765-9501
22
                Attorneys for Specially Appearing Defendant
23                  PENGUIN GROUP (USA) INC.

24

25

26

27

28

3

1    WEIL, GOTSHAL & MANGES LLP

2

3    By:   /s/ Gregory D. Hull
                    GREGORY D. HULL
4
     201 Redwood Shores Parkway
5    Redwood Shores, California 94065
     Telephone:  (650) 802-3000
6    Facsimile:  (650) 802-3100

7            Attorneys for Specially Appearing Defendant
                    SIMON & SCHUSTER, INC.
8
     GIBSON, DUNN & CRUTCHER LLP
9

10

11   By:   /s/ Daniel S. Floyd
                    DANIEL S. FLOYD

12   333 South Grand Avenue
     Los Angeles, CA 90071-3197
13   Telephone:  (213) 229-7148
     Facsimile:  (213) 229-7520
14
             Attorneys for Specially Appearing Defendant
15                   APPLE INC.

16   HAGENS BERMAN SOBOL SHAPIRO LLP

17

18   By:   /s/ Jeff D. Friedman
                    JEFF D. FRIEDMAN
19
     715 Hearst Avenue, Suite 202
20   Berkeley, CA 94710
     Telephone:  (510) 725-3000
21   Facsimile:  (510) 725-3001

22              Attorneys for Plaintiff
                    GRETCHEN ULBEE
23
     PURSUANT TO STIPULATION, IT IS SO ORDERED.
24
     Dated: ___ _____, 2011
25
                         By:_____
26                              Hon. _____
                                U.S. _____ JUDGE
27

28

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen